THIS OPINION HAS
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Bobby G.
 Stafford, Petitioner,
 v.
 Margaret
 Stafford, Respondent.
 
 
 

ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

Appeal From Lexington County
 Richard W. Chewning, III, Family Court
Judge

Memorandum Opinion No.  2009-MO-013
Heard March 3, 2009  Filed March 9, 2009  

AFFIRMED 

 
 
 John E.
 Cheatham, of Lexington, for Petitioner.
 Carlton Bruce Bagby, of Columbia, for Respondent.
 
 

PER CURIAM:  We granted writ of certiorari to review the court of appeals
 unpublished order dismissing the appeal of Appellant.  Having fully considered
 the record and applicable law, we affirm pursuant to Rule 220(b), SCACR, and
 the following authorities: USAA
 Property & Casualty Insurance Co. v. Clegg, 377 S.C. 643, 652, 661 S.E.2d 791, 796 (2008) (holding
 this Court grants deference to the circuit courts credibility determination
 when evaluating the timeliness of a motion for reconsideration, as the circuit
 court is in a better position to evaluate credibility and assign comparative
 weight to testimony); Green v. Green, 320 S.C. 347, 351, 465 S.E.2d 130,
 132 (Ct. App. 1995) (stating that the proper standard of review when
determining if a motion was timely served by mail is abuse of discretion).[1]
TOAL,
 C.J., WALLER, BEATTY, KITTREDGE, JJ., and Acting Justice James E. Moore,
 concur.

[1] 
 This Court carefully reviewed the underlying proceeding in connection with
 Appellants Rule 59, SCRCP, motion.  Our decision to affirm the dismissal
 results in no prejudice to Appellant for Appellants post-trial motion was
 meritless and certainly would have been denied.